Paul Hastings Janofsky and Walker LLP v. Allison Lomas Doc. 10

EVE M. CODDON, ESQ. (SB# 125389)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
evecoddon@paulhastings.com
Attorney for Paul, Hastings, Janofsky & Walker LLP

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

LODGED
2007 SEP 14 AM 11:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul, Hastings, Janofsky & Walker LLP<br><br>Plaintiff(s)<br><br>v.<br><br>Allison Lomas<br><br>Defendant(s). | CASE NUMBER<br><br>CV-07-05288-PSG (JCx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of Kristin B. Wilhelm, *Applicant's Name*

of Sutherland Asbill & Brennan LLP *Firm Name* for permission to appear and participate in the above-entitled

action on behalf of ☒ Plaintiff ☐ Defendant Paul, Hastings, Janofsky & Walker LLP

and the designation of Eve M. Coddon *Local Counsel Designee* of Paul, Hastings, Janofsky & Walker LLP *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

DOCKETED ON CM
SEP 20 2007
BY 012

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 9/14/07

U. S. District Judge/~~U.S. Magistrate Judge~~

10



Dockets.Justia.com

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 13, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

in a sealed envelope, postage fully paid, addressed as follows:

CALDWELL LESLIE & PROCTOR, PC
A Professional Corporation
MICHAEL J. PROCTOR, State Bar No. 148235
MICHAEL D. ROTH, State Bar No. 217464
1000 Wilshire Blvd., Suite 600
Los Angeles, California, 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 13, 2007, at Los Angeles, California.

Cheryl Scott
Cheryl Scott